# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SABER AHMED and JOHN MONTELEONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, and PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 5:15-cv-02057-FMO (SPx)<br><br>**ORDER GRANTING STIPULATION [175] RE: EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

**IT IS HEREBY ORDERED THAT:**

1. The Parties have shown good cause to extend the deadline for Plaintiffs to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement from August 31, 2018 to September 28, 2018.

2. Plaintiffs shall file a Motion for Class Certification and Preliminary Approval of Settlement ("Motion") no later than September 28, 2018 .

DATED: <u>August 24, 2018</u>

/S/
Hon. Fernando M. Olguin
United States District Judge

**ORDER GRANTING STIPULATION TO STAY ALL OUTSTANDING DEADLINE**