1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11   SABER AHMED and JOHN
     MONTELEONE, individually and on
12   behalf of all others similarly situated,

13                        Plaintiffs,

14        v.

15   HSBC BANK USA, NATIONAL
     ASSOCIATION, and PHH MORTGAGE
16   CORPORATION,

17                        Defendants.

Case No. 5:15-cv-02057-FMO (SPx)

**ORDER GRANTING
STIPULATION [177] RE: SECOND
EXTENSION OF TIME TO FILE
MOTION FOR CLASS
CERTIFICATION AND
PRELIMINARY APPROVAL OF
SETTLEMENT AGREEMENT**

18

19        **IT IS HEREBY ORDERED THAT:**

20        1.       The Parties have shown good cause to extend the deadline for Plaintiffs

21   to file a Motion for Class Certification and Preliminary Approval of Settlement

22   Agreement from September 28, 2018 to October 30, 2018.

23        2.       Plaintiffs shall file a Motion for Class Certification and Preliminary

24   Approval of Settlement ("Motion") no later than October 30, 2018.

25

26   DATED: <u>September 24</u>, 2018                    /S/
                                        _____
27                                            Hon. Fernando M. Olguin
                                              United States District Judge
28

---

**ORDER GRANTING STIPULATION TO STAY ALL OUTSTANDING DEADLINE**