# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SABER AHMED and JOHN MONTELEONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, and PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 5:15-cv-02057-FMO (SPx)<br><br>**ORDER GRANTING STIPULATION [179] RE: THIRD EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

**IT IS HEREBY ORDERED THAT:**

1. The Parties have shown good cause to extend the deadline for Plaintiffs to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement from October 30, 2018 to January 18, 2019.

2. Plaintiffs shall file a Motion for Class Certification and Preliminary Approval of Settlement no later than January 18, 2019.

3. Absent exceptional circumstances, no further extensions will be granted.

DATED: October 30, 2018

/S/
Hon. Fernando M. Olguin
United States District Judge