**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian. Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER AMHED and JOHN MONTELEONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC NATIONAL USA, NATIONAL ASSOCIATION, and PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No.: 5:15-cv-02057-FMO-SP<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**Date**: February 21, 2019<br>**Time**: 10:00 a.m.<br>**Ctrm**: 6D<br>**Judge**: Fernando M. Olguin |

Case 5:15-cv-02057-FMO-SP   Document 181   Filed 01/18/19   Page 2 of 3   Page ID #:2536

## TO ALL PARTES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the plaintiffs Saber Ahmed and John Monteleone (the "Plaintiffs") will and hereby do move unopposed for preliminary approval of a proposed class action settlement and certification of settlement class, pursuant to Fed. R. Civ. P. 23, on Thursday, February 21, 2019, at 10:00 a.m., at the U.S. District Court, 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, before the Hon. Fernando M. Olguin, Courtroom 6D.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the First Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: January 18, 2019                                   Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Abbas Kazerounian
     ABBAS KAZEROUNIAN, ESQ.
     AK@KAZLG.COM
     ATTORNEY FOR PLAINTIFFS

Additional Plaintiffs' Counsel
**HYDE & SWIGART**
Joshua B. Swigart, SBN #225557
Email: josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO.: 5:15-CV-02057-FMO-SP                                                    PAGE 1 OF 2

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

**BURKE LAW OFFICES, LLC**
Alexander H. Burke, Pro Hac Vice
Email: aburke@burkelawllc.com
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

**MAZIE SLATER KATZ & FREEMAN, LLC**
Matthew R. Mendelsohn, Pro Hac Vice
Email: mmendelsohn@mskf.net
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626