Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER AHMED and JOHN MONTELEONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, and PHH MORTGAGE CORPORATION,<br><br>Defendants. | NO. 5:15-cv-2057-FMO-SPx<br><br>**NOTICE OF MOTION AS TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR SERVICE AWARD TO THE CLASS REPRESENTATIVES**<br><br>Honorable Fernando M. Olguin<br><br>Complaint Filed: October 6, 2015<br><br>DATE: 12/12/2019<br>TIME: 10:00 a.m.<br>COURTROOM: First Street Federal Courthouse, 6th Fl., Courtroom 6D |

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, December 12, 2019, at 10:00 a.m., or as soon thereafter as can be heard, Plaintiffs Saber Ahmed and John Monteleone, will and hereby do move this Court for Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Award to the Class Representatives. This motion is made pursuant to the Court's June 21, 2019 Order Re: Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class. *See* Dkt. No. 186.

This Motion is based upon this Notice of Motion, Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Award to the Class Representatives, Declarations of Beth E. Terrell, Todd M. Friedman, Abbas Kazerounian, Joshua B. Swigart, Alexander H. Burke, Matthew R. Mendelsohn, Jason A. Ibey, and Nicholas R. Barthel in Support of Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Award to the Class Representatives.

RESPECTFULLY SUBMITTED AND DATED this 26th day of September, 2019.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Adrienne D. McEntee, *Pro Hac Vice*
            Beth E. Terrell, SBN #178181
            Email: bterrell@terrellmarshall.com
            Jennifer Rust Murray, *Admitted Pro Hac Vice*
            Email: jmurray@terrellmarshall.com
            Adrienne D. McEntee, *Admitted Pro Hac Vice*
            Email: amcentee@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

1  Todd M. Friedman, SBN #216752
   Email: tfriedman@attorneysforconsumers.com
2  Adrian R. Bacon, SBN #280332
3  Email: abacon@attorneysforconsumers.com
   LAW OFFICES OF TODD M.
4    FRIEDMAN, P.C.
5  324 South Beverly Drive, Suite 25
   Beverly Hills, California 90212
6  Telephone: (877) 206-4741
7  Facsimile: (866) 633-0228

8
   Abbas Kazerounian, SBN #249203
9  Email: ak@kazlg.com
   Matthew M. Loker, SBN #279939
10 Email: ml@kazlg.com
11 Jason A. Ibey, SBN #284607
   Email: jason@kazlg.com
12 KAZEROUNI LAW GROUP, APC
13 245 Fischer Avenue, Unit D1
   Costa Mesa, California 92626
14 Telephone: (800) 400-6808
15 Facsimile: (800) 520-5523

16
   Joshua B. Swigart, SBN #225557
17 Email: josh@westcoastlitigation.com
   SWIGART LAW GROUP, APC
18 2221 Camino Del Rio South, Suite 308
19 San Diego, California 92108
   Telephone: (866) 219-3343
20 Facsimile: (866) 219-8344

21
22
23
24
25
26
27

NOTICE OF MOTION AS TO PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS AND FOR SERVICE AWARD
TO THE CLASS REPRESENTATIVES - 3
CASE NO. 5:15-CV-2057-FMO-SP

1  
2  Alexander H. Burke, *Admitted Pro Hac Vice*
   Email: aburke@burkelawllc.com
   Daniel J. Marovitch
3  Email: dmarovitch@burkelawllc.com
4  BURKE LAW OFFICES, LLC
   155 North Michigan Avenue, Suite 9020
5  Chicago, Illinois 60601
   Telephone: (312) 729-5288
6  Facsimile: (312) 729-5289
7
8  Matthew R. Mendelsohn, *Admitted Pro Hac Vice*
   Email: mmendelsohn@mskf.net
9  MAZIE SLATER KATZ & FREEMAN, LLC
10 103 Eisenhower Parkway
   Roseland, New Jersey 07076
11 Telephone: (973) 228-9898
   Facsimile: (973) 228-0303
12
13            *Attorneys for Plaintiffs*

14
15
16
17
18
19
20
21
22
23
24
25
26
27

# CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on September 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcos D. Sasso, SBN #285335
Email: sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350

Matthew A. Morr, *Admitted Pro Hac Vice*
Email: morrm@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) -292-2400
Facsimile: (303) 296-3956

Julia B. Strickland, SBN #83013
Email: jstrickland@stroock.com
Shannon E. Dudic, SBN #261135
Email: sdudic@stroock.com
Arjun P. Rao, SBN #265347
Email: arao@stroock.com
STROOCK STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

*Attorneys for Defendants HSBC Bank USA, National Association and PHH Mortgage Corporation*

1  DATED this 26th day of September, 2019.

2          TERRELL MARSHALL LAW GROUP PLLC

4     By:  /s/ Adrienne D. McEntee, *Pro Hac Vice*
5         Adrienne D. McEntee, *Pro Hac Vice*
       Email:  amcentee@terrellmarshall.com
6         936 North 34th Street, Suite 300
7         Seattle, Washington 98103-8869
       Telephone: (206) 816-6603
8         Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

NOTICE OF MOTION AS TO PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS AND FOR SERVICE AWARD
TO THE CLASS REPRESENTATIVES - 6
CASE NO. 5:15-CV-2057-FMO-SP