Todd M. Friedman, SBN #216752
Email: tfriedman@toddflaw.com
Adrian R. Bacon, SBN #280332
Email: abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for the Plaintiffs and Proposed
Settlement Class

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER AHMED and JOHN MONTELEONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, and PHH MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 5:15-cv-2057-FMO-SPx<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION & MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned to the Hon. Fernando M. Olguin<br><br>DATE: 12/12/2019<br>TIME: 10:00 a.m.<br>COURTROOM: Courtroom 6D |

i
**PLAINTIFFS' NOTICE OF MOTION & MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2019 at 10:00 a.m., before the United States District Court, Central District of California, Courtroom 9D, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 plaintiffs Saber Ahmed and John Monteleone ("Plaintiffs") will move this Court for an order granting final approval of the class action settlement as detailed in Plaintiffs' Memorandum of Points and Authorities.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declarations and exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Date: November 18, 2019　　　　　　　　The Law Offices of Todd M. Friedman, PC

　　　　　　　　　　　　　　　　　　By: _/s/ Todd M. Friedman_
　　　　　　　　　　　　　　　　　　　　Todd M. Friedman
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


Todd M. Friedman, SBN #216752
Email: tfriedman@attorneysforconsumers.com
Adrian R. Bacon, SBN #280332
Email: abacon@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Abbas Kazerounian, SBN #249203
Email: ak@kazlg.com
Jason A. Ibey, SBN #284607
Email: jason@kazlg.com
KAZEROUNI LAW GROUP, APC

245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Alexander H. Burke, *Admitted Pro Hac Vice*
Email: aburke@burkelawllc.com
Daniel J. Marovitch
Email: dmarovitch@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Matthew R. Mendelsohn, *Admitted Pro Hac Vice*
Email: mmendelsohn@mskf.net
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07076
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

## **CERTIFICATE OF SERVICE**

Filed electronically on this 18th day of November, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on this 18th day of Novembr, 2019, to:

Honorable Judge Fernando M. Olguin
United States District Court
Central District of California

And all counsel of record as recorded on the electronic service list.

s/Todd M. Friedman
Todd M. Friedman, Esq.